This document was signed electronically on April 4, 2023, which may be different from its entry on the record.

IT IS SO ORDERED.

Dated: April 4, 2023



ALAN M. KOSCHIK
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| *In re* <br><br> **TOMS KING (OHIO) LLC,** *et al.*, <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 23-50001 (AMK) <br><br> (Jointly Administered) <br><br> Related Docket Nos. 140, 252, 375 |

**CONSENT STIPULATION AND ORDER (I) ESTABLISHING BREAK-UP FEE AND EXPENSE REIMBURSEMENT PAYABLE TO STALKING HORSE BIDDER; (II) ESTABLISHING PAYMENT SCHEDULE FOR BREAK-UP FEE AND EXPENSE REIMBURSEMENT; (III) DESIGNATING BURGER KING COMPANY LLC AS <u>BACK-UP BIDDER; AND (IV) GRANTING RELATED RELIEF</u>**

Upon consideration of the agreed stipulation seeking entry of an order (i) modifying the Break-Up Fee and Expense Reimbursement payable to 13th Floor Capital, LLC as the Stalking Horse Bidder, (ii) establishing the payment schedule for the Break-Up Fee and Expense

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's U.S. taxpayer identification number, are: TOMS King (Ohio) LLC (9126); TOMS King LLC (4221); TOMS King (Illinois) LLC (9171); TOMS King (Penn.) LLC (7148); TOMS King (Virginia) LLC (8226); TOMS King (Ohio II) LLC (4081); and TOMS King III LLC (No EIN Number). The Debtors' corporate headquarters is located at 220 N. Smith Street, Suite 305, Palatine, IL 60067.

Reimbursement, (iii) designating Burger King Company LLC as back-up bidder, and (iv) granting related relief; the Court having previously entered its *Order (I) Designating 13th Floor Capital, LLC as a Stalking Horse Bidder; (II) Authorizing Debtors to Enter into Stalking Horse APA; (III) Approving Bidder Protections for Stalking Horse Bidder; and (IV) Amending Bidding Procedures Order to the Extent Necessary* (the "Stalking Horse Order") [Docket No. 351][2] wherein the Court, among other things, approved and designated 13th Floor Capital, LLC and its designees and/or assignees as the Stalking Horse Bidder and approved the Break-Up Fee in the amount of $775,000.00 and Expense Reimbursement up to $250,000.00, each as also set forth in the Modified Stalking Horse APA; Debtors having filed their *Notice of Selection of Winning Bidders and Back-Up Bidder* [Docket No. 375] wherein Debtors designated 13th Floor as the Back-Up Bidder and its bid as the Back-Up Bid; this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the General Order No. 2012-07 from the District Court for the Northern District of Ohio, dated April 4, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due and sufficient notice of the Motion been given under the particular circumstances; and it appearing that no other or further notice need be provided; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties-in-interest; and the Debtors, the Official Committee of Unsecured Creditors (the "Committee"), Bank of America, N.A. ("BOA"), Burger King Company LLC ("BKC"), and the Stalking Horse Bidder having executed the Stipulation and consented to entry of this Order; and after due deliberation thereon;

---

[2] Capitalized terms not defined herein shall have the meaning ascribed in the Stalking Horse Order.

and good and sufficient cause appearing therefor,

**ACCORDINGLY, IT IS HEREBY STIPULATED BETWEEN THE PARTIES AND ORDERED THAT:**

1. Notwithstanding anything to the contrary in the Stalking Horse Order or Modified Stalking Horse APA, (a) "Break-Up Fee" shall mean an amount equal to $775,000.00; and (b) "Expense Reimbursement" shall mean an amount equal to $175,000.00 (without any requirement that the Stalking Horse Bidder provide documentation of its fees and expenses in such amount, and with the Debtors, the Committee, BOA, and BKC waiving any right to challenge the amount of the Expense Reimbursement).

2. Immediately upon entry of this Order, the Break-Up Fee and Expense Reimbursement shall be and hereby are deemed fully earned by, and fully payable to, the Stalking Horse Bidder, subject only to the timing of such payment set forth in Paragraph 5 of this Order, and the Stalking Horse Bidder shall be released from any and all other obligations under the Modified Stalking Horse APA and the Stalking Horse Order (provided that nothing herein shall release obligations as to payment of the Break-Up Fee and Expense Reimbursement).

3. Further, notwithstanding anything to the contrary in Debtors' *Notice of Selection of Winning Bidders and Back-Up Bidder* [Docket No. 375] or otherwise, (a) the Stalking Horse Bidder is not the Back-Up Bidder for any of the Debtors' stores and/or assets, and (b) BKC is the Back-Up Bidder and the following bids by BKC are the Back-Up Bids:

| Stores | Purchase Price |
|---|---|
| 47 non-Virginia stores (see Schedule I) | $10,882,000.00, comprised of cash payment of $8,622,000.00 and waiver, in its capacity as franchisor, of $2,260,000.00 in cure costs otherwise required to be paid in connection with assumption of franchise agreements for the applicable stores |
| 40 Virginia stores (see Schedule II) | $19,827,000.00 in cash |

4. Not later than one (1) business day after entry of this Order, Debtors shall initiate

the return of the Deposit (as defined in the Modified Stalking Horse APA), in full, to the Stalking Horse Bidder.

5. The Break-Up Fee and Expense Reimbursement shall be paid to the Stalking Horse Bidder in good and immediately available funds at the Closings of the sale transactions of the Debtors' stores and/or assets upon the following schedule and in the following amounts:

   a. Upon the Closing of the first-in-time sale transaction, $500,000.00 shall be paid to the Stalking Horse Bidder; and

   b. Upon the Closing of the second-in-time sale transaction, $450,000.00 shall be paid to the Stalking Horse Bidder.

6. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry, notwithstanding any provision in the Bankruptcy Rules or the Local Rules to the contrary, and the Debtors may, in their discretion and without further delay, take any action and perform any act authorized under this Order.

7. This Order shall be binding and enforceable against each Debtor and its respective estate, and, as applicable, (i) any of its successor or assigns, (ii) any trustee, examiner, or other representative of the Debtors' estates, and (iii) any other entity vested or re-vested with any right, title, or interest in or to a material portion of the assets directly or indirectly owned by the Debtors or any other person claiming any rights in or control over a material portion of such assets as if such successor was the Debtors.

8. The Court shall retain jurisdiction to hear and determine all matters arising from or related to this implementation of this Order.

###

[SIGNATURES OF COUNSEL ON FOLLOWING PAGE]

**CONSENTED TO BY:**

| **WOMBLE BOND DICKINSON (US) LLP** | **BERNSTEIN, SHUR, SAWYER & NELSON, P.A.** |
|---|---|
| /s/ Ericka F. Johnson (w. permission by L. Wolgast) | /s/ Adam R. Prescott (w/ permission by L. Wolgast) |

Matthew P. Ward (admitted *pro hac vice*)
Ericka F. Johnson (admitted *pro hac vice*)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
Email: matthew.ward@wbd-us.com
ericka.johnson@wbd-us.com

and

**ALLEN STOVALL NEUMAN & ASHTON LLP**
Thomas R. Allen (0017513)
Richard K. Stovall (0029978)
James A. Coutinho (0082430)
10 W. Broad St., Suite 2400
Columbus, Ohio 43215
Telephone: (614) 221-8500
Facsimile: (614) 221-5988
Email: allen@ASNAlaw.com
stovall@ASNAlaw.com
coutinho@ASNAlaw.com

*Counsel to the Debtors and Debtors in Possession*

Adam R. Prescott (admitted *pro hac vice*)
100 Middle Street
PO Box 9729
Portland, Maine 04104
Telephone: (207) 774-1200
Facsimile: (207) 774-1127
Email: aprescott@bernsteinshur.com

-and-

**BROUSE McDOWELL, LPA**
Jack M. D'Andrea (007084)
388 S. Main Street, Suite 500
Akron, Ohio 44311
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
Email: jdandrea@brouse.com

*Counsel to 13${}^{th}$ Floor Capital, LLC*

**VENABLE, LLP**

_/s/ Paul J. Battista (w/ permission by L. Wolgast)_
Paul J. Battista, Esq.
Florida Bar No. 884162
100 Southeast Second Street, Suite 4400
Miami, Florida 33131
Telephone: (305) 349-2300
pjbattista@venable.com

-and-

**BERNSTEIN-BURKLEY, P.C.**

Harry W. Greenfield, Esq.
OH ID 0003839
hgreenfield@bernsteinlaw.com
Fifth Third Center
600 Superior Avenue East, Suite 1300
Cleveland, Ohio 44114.
Telephone: (800) 693-4013
Facsimile: (412) 456-8135

*Counsel for Burger King Company LLC*

| | |
|---|---|
| **MORRIS, MANNING & MARTIN, LLP** | **KRUGALIAK, WILKINS, GRIFFITHS & DOUGHERTY CO., L.P.A.** |

**MORRIS, MANNING & MARTIN, LLP**

 /s/ Lisa Wolgast
Frank W. DeBorde (admitted *pro hac vice*)
Georgia Bar No. 215415
Lisa Wolgast (admitted *pro hac vice*)
Georgia Bar No. 773399
1600 Atlanta Financial Center
3343 Peachtree Road, NE
Atlanta, GA 30326
Phone: 404-233-7000
Fax: 404-365-9532
fdeborde@mmmlaw.com
lwolgast@mmmlaw.com

-and-

**FROST BROWN TODD LLC**
Jordan S. Blask (Ohio Bar 00091897)
Union Trust Building
501 Grant Street, Suite 800
Pittsburgh, PA 15219
Telephone: (412) 513-430
Facsimile: (412) 513-4299
Email: jblask@fbtlaw.com

*Counsel to Bank of America, N.A.*

**KRUGALIAK, WILKINS, GRIFFITHS & DOUGHERTY CO., L.P.A.**

  /s/ Matthew W. Onest (w/ permission by L. Wolgast)
Matthew W. Onest (0087907)
6715 Tippecanoe Road, Suite C2
Canfield, OH 44406
Telephone: (330) 286-7065
Facsimile: (330) 244-4498
E-mail: monest@kwgd.com

-and-

**KRUGLIAK, WILKINS, GRIFFITHS & DOUGHERTY CO., L.P.A.**
John B. Schomer (0055640)
Terry J. Evans (0088399)
4775 Munson Street, N.W.
P.O. Box 36963
Canton, Ohio 44735-6963
Telephone: (330) 497-0700
Facsimile: (330) 497-4020
E-mail: jschomer@kwgd.com
tevans@kwgd.com

-and-

**KILPATRICK TOWNSEND & STOCKTON LLP**
David M. Posner (admitted *pro hac vice*)
Gianfranco Finizio (admitted *pro hac vice*)
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 775-8700
Facsimile: (212) 775-8800
Email: dposner@kilpatricktownsend.com
gfinizio@kilpatricktownsend.com

*Counsel to the Official Committee of Unsecured Creditors of TOMS King (Ohio) LLC, et al.*

# SCHEDULE I

### Stores

| Store # | | Entity | Name | Address |
|---|---|---|---|---|
| 1. | 2135 | TOMS King (Illinois), LLC | Crystal Lake | 250 Virginia Avenue, Crystal Lake, IL 60014 |
| 2. | 2179 | TOMS King (Illinois), LLC | McHenry | 4417 W. Elm St., McHenry, IL 60050 |
| 3. | 5126 | TOMS King (Illinois), LLC | Gurnee | 5300 Grand Ave., Gurnee, IL 60031 |
| 4. | 6252 | TOMS King (Illinois), LLC | Antioch | 338 W. Rte. 173, Antioch, IL 60002 |
| 5. | 7269 | TOMS King (Illinois), LLC | Waukegan | 850 North Green Bay Avenue, Waukegan, IL 60085 |
| 6. | 8240 | TOMS King (Illinois), LLC | Algonquin | 224 South Randall Rd., Algonquin, IL 60102 |
| 7. | 9926 | TOMS King (Illinois), LLC | Grayslake | 159 US Highway 45, Grayslake, IL 60030 |
| 8. | 11505 | TOMS King (Illinois), LLC | Round Lake | 250 West Rollins Rd., Round Lake Beach, IL 60073-1324 |
| 9. | 12090 | TOMS King (Illinois), LLC | N. McHenry | 2180 North Richmond Road, McHenry, IL 60051 |
| 10. | 25936 | TOMS King (Illinois), LLC | Glendale Heights | 199 E. North Ave., Glendale Heights, IL 60139 |
| 11. | 5226 | TOMS King (Ohio), LLC | Dayton | 4380 Indian Ripple Road, Dayton, OH 45440 |
| 12. | 5589 | TOMS King (Ohio), LLC | Huber Hts. | 7607 Old Troy Pike, Huber Heights, OH 45424 |
| 13. | 6074 | TOMS King (Ohio), LLC | Miamisburg | 1244 East Central Ave., Miamisburg, OH 45342 |
| 14. | 6623 | TOMS King (Ohio), LLC | Greenville | 423 Wagner Avenue, Greenville, OH 45331 |
| 15. | 7562 | TOMS King (Ohio), LLC | Trotville | 5341 Salem Avenue, Trotwood, OH 45426 |
| 16. | 8206 | TOMS King (Ohio), LLC | Beavercreek | 3378 Pentagon Park Blvd., Beavercreek, OH 45431 |
| 17. | 10847 | TOMS King (Ohio), LLC | Celina | 203 East Market St., Celina, OH 45822-2122 |
| 18. | 12701 | TOMS King (Ohio), LLC | Fairborn | 1231 E. Dayton Yellow Springs Rd., Fairborn, OH 45324 |
| 19. | 392 | TOMS King (Ohio), LLC | Niles | 5343 Youngstown-Warren Rd., Niles, OH 44446 |
| 20. | 2919 | TOMS King (Ohio), LLC | Columbiana | 1100 Village Plz., Columbiana, OH 44408-8479 |
| 21. | 3227 | TOMS King (Ohio), LLC | Boardman | 841 Boardman-Poland Rd., Youngstown, OH 44512 |
| 22. | 5161 | TOMS King (Ohio), LLC | Austintown | 5310 Mahoning Ave., Austintown, OH 44515 |
| 23. | 5186 | TOMS King (Ohio), LLC | Ravenna | 983 E. Main St., Ravenna, OH 44266 |
| 24. | 5204 | TOMS King (Ohio), LLC | Chardon | 414 Water St., Chardon, OH |
| 25. | 5360 | TOMS King (Ohio), LLC | Champion | 4359 Mahoning Ave., N.W., Warren, OH 44483 |
| 26. | 5535 | TOMS King (Ohio), LLC | McCartney Rd | 685 McCartney Rd., Youngstown, OH 44505 |
| 27. | 6051 | TOMS King (Ohio), LLC | Girard | 322 S. State St., Girard, OH 44420-2968 |
| 28. | 6052 | TOMS King (Ohio), LLC | Meridian | 3525 Mahoning Ave., Youngstown, OH 44509 |
| 29. | 6503 | TOMS King (Ohio), LLC | Bedford | 4 Center Rd., Bedford, OH 44146 |
| 30. | 6504 | TOMS King (Ohio), LLC | Twinsburg | 2532 Aurora Rd., Twinsburg, OH 44087 |
| 31. | 6611 | TOMS King (Ohio), LLC | Howland | 8100 E. Market St., Warren, OH 44484 |
| 32. | 7322 | TOMS King (Ohio), LLC | Valley View | 7903 Granger Rd., Valley View, OH 44125 |
| 33. | 9511 | TOMS King (Ohio), LLC | Salem | 1761 East State St., Salem, OH 44460 |
| 34. | 9830 | TOMS King (Ohio), LLC | Cortland | 600 South High St., Cortland, OH 44410 |
| 35. | 9889 | TOMS King (Ohio), LLC | Tippecanoe | 1403 Boardman Canfield Rd., Youngstown, OH 44512 |
| 36. | 9932 | TOMS King (Ohio), LLC | Ashtabula Mall | 3225 N. Ridge East, Ashtabula, OH 44004 |
| 37. | 10814 | TOMS King (Ohio), LLC | Heisley Road | 5725 Heisley Rd., Mentor, OH 44060-1829 |
| 38. | 11260 | TOMS King (Ohio), LLC | Poland | 3350 Center Rd., Poland, OH 44514-2203 |
| 39. | 11665 | TOMS King (Ohio), LLC | Memphis | 6000 Memphis Ave., Cleveland, OH 44144 |
| 40. | 12402 | TOMS King (Ohio), LLC | Hubbard | 2437 N. Main St., Hubbard, OH 44425 |
| 41. | 12725 | TOMS King (Ohio), LLC | New Midlothian | 15 W. Midlothian Blvd., Youngstown, OH 44507-2023 |
| 42. | 23534 | TOMS King (Ohio), LLC | North Jackson | 468 North Bailey Rd., North Jackson, OH 44451 |
| 43. | 23664 | TOMS King (Ohio), LLC | Middlefield | 15401 W. High St., Middlefield, OH 44062 |
| 44. | 24579 | TOMS King (Ohio), LLC | Victory Lane | 32533 Lorain Rd., North Ridgeville, OH 44039 |
| 45. | 4192 | TOMS King (Penn.), LLC | Southside | 1820 E. Carson St., Pittsburgh, PA |
| 46. | 11672 | TOMS King (Penn.), LLC | N. Fayette | 415 Home Dr., North Fayette, PA |
| 47. | 12195 | TOMS King (Penn.), LLC | N. Versailles | 121 Walmart Dr., North Versailles, PA |

# SCHEDULE II

| | Store # | Entity | Name | Address |
|---|---|---|---|---|
| 48. | 422 | TOMS King (Virginia), LLC | Springfield | 5701 Backlick Rd., Springfield, VA 22151 |
| 49. | 1044 | TOMS King (Virginia), LLC | Manassas Mall | 8330 Sudley Rd., Manassas, VA 20109 |
| 50. | 1698 | TOMS King (Virginia), LLC | Front Royal | 412 South St., Front Royal, VA 22630 |
| 51. | 1730 | TOMS King (Virginia), LLC | Winchester | 2150 Valley Ave., Winchester, VA 22601 |
| 52. | 3211 | TOMS King (Virginia), LLC | Mitchell Road | 1480 Julian Allsbrook Blvd, Roanoke Rapids, NC 27870 |
| 53. | 3549 | TOMS King (Virginia), LLC | Manassas Junction | 8889 Centerville Rd., Manassas, VA 20110 |
| 54. | 5311 | TOMS King (Virginia), LLC | N. Battlefield | 713 N Battlefield Blvd., Chesapeake, VA 23320 |
| 55. | 5463 | TOMS King (Virginia), LLC | Tacketts Mill | 2211 Tacketts Mill Dr., Woodbridge, VA 22192 |
| 56. | 6001 | TOMS King (Virginia), LLC | Chesapeake Crossing | 1901 S Military Hwy., Chesapeake, VA 23320 |
| 57. | 6133 | TOMS King (Virginia), LLC | Stafford | 269 Garrisonville Rd., Stafford, VA 22554 |
| 58. | 6220 | TOMS King (Virginia), LLC | Potomac/Outside | 2701 Potomac Mills Cir., Woodbridge, VA 22192 |
| 59. | 6600 | TOMS King (Virginia), LLC | Emporia | 100 Market Dr., Emporia, VA 23847 |
| 60. | 6875 | TOMS King (Virginia), LLC | Mt Jackson | 218 Conicville Rd., Mount Jackson, VA 22842 |
| 61. | 7313 | TOMS King (Virginia), LLC | Roanoke Ave | 901 Roanoke Ave., Roanoke Rapids, NC 27870 |
| 62. | 7531 | TOMS King (Virginia), LLC | King George | 5320 James Madison Pkwy., King George, VA 22485 |
| 63. | 7923 | TOMS King (Virginia), LLC | Doswell | 10142 Kings Dominion Blvd., Doswell, VA 23047 |
| 64. | 8159 | TOMS King (Virginia), LLC | Leesburg | 970 Edwards Ferry Rd., Leesburg, VA 20176-3317 |
| 65. | 8261 | TOMS King (Virginia), LLC | Fairfax | 13040 Fair Lakes Center, Fairfax, VA 22033 |
| 66. | 9401 | TOMS King (Virginia), LLC | Winchester | 1513 Martinsburg Pike, Winchester, VA 22603 |
| 67. | 9928 | TOMS King (Virginia), LLC | River Oaks | 16551 River Ridge Blvd., Woodbridge, VA 22191 |
| 68. | 9929 | TOMS King (Virginia), LLC | Manassas Airport | 9895 Pennsylvania Ave., Manassas, VA 20110 |
| 69. | 10344 | TOMS King (Virginia), LLC | Potomac Falls | 45961 Denizen Plz., Potomac Falls, VA 20165-6123 |
| 70. | 10618 | TOMS King (Virginia), LLC | Strasburg | 33964 Old Valley Pike, Strasburg, VA 22657 |
| 71. | 10620 | TOMS King (Virginia), LLC | Oak Hill | 3035 Centreville Rd., Oak Hill, VA 20171 |
| 72. | 10825 | TOMS King (Virginia), LLC | Wellington | 10034 Dumfries Rd., Manassas, VA 20110 |
| 73. | 11058 | TOMS King (Virginia), LLC | Herndon | 598 Elden St., Herndon, VA 20170-4720 |
| 74. | 11135 | TOMS King (Virginia), LLC | Reston | 2270 Hunters Woods Plz., Reston, VA 20191-2898 |
| 75. | 11525 | TOMS King (Virginia), LLC | Kingstown | 5890 Kingstowne Shopping Ctr. Ste. 100, Kingstowne, VA 22315 |
| 76. | 11814 | TOMS King (Virginia), LLC | Annandale | 7064 Columbia Pike, Annandale, VA 22003 |
| 77. | 12041 | TOMS King (Virginia), LLC | Dulles | 45609 Falke Plz., Dulles, VA 20166-9458 |
| 78. | 12126 | TOMS King (Virginia), LLC | Lorton | 1860 Gunston Corner Ln., Lorton, VA 22079 |
| 79. | 12191 | TOMS King (Virginia), LLC | Montclair | 5301 Waterway Drive, Montclair, VA 22025 |
| 80. | 12696 | TOMS King (Virginia), LLC | Ashburn | 44091 Ashburn Shopping Plz., Ashburn, VA 20147 |
| 81. | 13295 | TOMS King (Virginia), LLC | Gloucester | 7166 George Washington Hwy., Gloucester, VA 23061 |
| 82. | 13639 | TOMS King (Virginia), LLC | Centreville | 5906 Old Centreville Rd., Centreville, VA 20121 |
| 83. | 13690 | TOMS King (Virginia), LLC | Luray | 1034 US Hwy. 211 West, Luray, VA 22835 |
| 84. | 16932 | TOMS King (Virginia), LLC | Rochambeau | 759 E. Rochambeau Dr., Williamsburg, VA 23188 |
| 85. | 17007 | TOMS King (Virginia), LLC | Woodstock | 334 West Reservoir Rd., Woodstock, VA 22664 |
| 86. | 21598 | TOMS King (Virginia), LLC | Harrison Crossing | 5635 Plank Rd. #117, Fredericksburg, VA 22407 |
| 87. | 23857 | TOMS King (Virginia), LLC | Maranto | 251 Maranto Manor Drive, Winchester, VA 22602 |